AUSA : Maggie Smith 313.226.9135
Special Agent Robert Painter, TFO/FBI 313.919.1485

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan



United States of America
v.
Dennis Allen Downey, Jr.

Case: 2:18-mj-30138
Assigned To : Unassigned
Assign. Date : 3/6/2018
Description: CMP USA v. SEALED MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 5, 2018 _____ in the county of _____ Wayne _____ in the _____ Eastern Judicial _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 875(c) | threats by interstate commerce |

This criminal complaint is based on these facts:
See Attached Affiavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Robert Painter, FBI
Printed name and title

Sworn to before me and signed in my presence.

_____
Judge's signature

Date: 03.06.18

City and state: Detroit, Michigan

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE
Printed name and title

# AFFIDAVIT

I, Robert Painter, being duly sworn, depose and state as follows:

1. I have been employed as member of the Livonia Police Department since 2008. I have been assigned as a task force officer with the FBI since May of 2017 and am currently assigned to the FBI Detroit Division's Violent Crime Task Force. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The statements contained in this Affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel.

3. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date in order to establish that DENNIS ALLEN DOWNEY JR., date of birth 3/29/XXXX, has been in violation of Title 18 United States Code, section 875(c), which makes it a federal crime to use interstate commerce to threaten another individual with injury.

1

## Probable Cause

4. On 3/5/18 at approximately 1034hrs, Reporting Person One (RP-1), an employee of a U.S. Government official, picked up the office telephone in Washington, D.C., and received an incoming call from the telephone number 734-363-XXXX. The caller stated he wanted to speak to the U.S. Government official. RP-1 informed the caller that the person wasn't in the office. The caller (later believed to be identified as DENNIS ALLEN DOWNEY, JR.) became agitated and stated he wanted to know why Native American citizens had their 2nd Amendment rights taken away and cannot possess a gun after paying his dues for an unspecified crime. (DOWNEY, JR. was convicted of a felony drug charge in 2001).

5. As RP-1 and DOWNEY JR.'s conversation continued, DOWNEY, JR. became more and more agitated. DOWNEY, JR. began yelling into the phone and stated he doesn't need the right to own a gun because he will still gun down members of the highest level of the United States government and kill them all. At this point, RP-1 was trying to interject and asked DOWNEY, JR. for his number. DOWNEY, JR. stated "check the fucking caller ID and pass it along to the police and FBI." RP-1 put DOWNEY, JR. on hold in an attempt to verify the number the call was coming from.

2

6. DOWNEY, JR. continued to repeat that he will shoot and kill everyone at the highest level of the United Sates Government including his representative, and their staff members, and told RP-1 that he was ready to kill "all of you." After repeating one more time that he was ready to kill, DOWNEY, JR. hung up the phone. At one point during his conversation with RP-1, DOWNEY mentioned the genocide of the Cherokee people.

7. On 3/5/18, the United States Attorney's office of the Eastern District of Michigan received a phone call on their general line. The caller told the receptionist that he was "done living under the tyranny of British Colonialism" and that he "will use" his "Second Amendment rights to take up arms and slaughter government officials". He mentioned a "tribal connection" during the conversation but the receptionist didn't recall which tribe was mentioned. The information displayed on the caller ID of the phone that received the call read "Downey, Dennis 734-363-XXXX," the same number as mentioned above.

8. Special Agent Tom Andriko of the United States Capitol Police was notified of this incident. Special Agent Andriko completed an exigent circumstance phone order to T-Mobile for the cellular telephone number 734-363-XXXX. Subscriber information received from the order indicated the phone number

3

was registered to a Dennis DOWNEY, 14XXX Poplar St, Southgate MI, and showed an activation date of 2/18/18.

9. A review of the call detail records indicate that the number used to call the offices matches the dates/times that the previous two incidents were reported. It also appears as if DOWNEY, JR. contacted other government numbers including those to the FBI, Department of Justice, Housing and Urban Development, the Wayne County Prosecutor's Office, the Capitol switchboard and The White House.

10. Affiant searched a law enforcement database for cellular telephone number 734-363-XXXX. The search revealed a Dennis Allen DOWNEY 3/29/XXXX with a registered address of XXX Cleveland Ave, Lincoln Park MI. The phone number was attached to DOWNEY, JR. as part of an assault case in January of 2018, where DOWNEY, JR. attacked a co-worker with a steel coffee cup. In that case, the victim suffered a split lip, loose teeth, and it appeared as if the victim's tooth actually pierced through his lip as a result of being struck in the face (6-8 times) with the coffee cup by DOWNEY, JR.

## CONCLUSION

11. Based on the information provided above, there is probable cause to believe that DENNIS ALLEN DOWNEY, JR. is in violation of 18 U.S.C. § 875(c).

_____
Robert Painter
Task Force Officer, FBI

Subscribed and sworn to before me on
this 6th day of March, 2018

_____
United States Magistrate Judge

**R. STEVEN WHALEN**
**UNITED STATES MAGISTRATE JUDGE**

5