UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                              Case No. 2:18–cr–20574–AC–RSW
                                Hon. Avern Cohn

Dennis Downey,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Dennis Downey

The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 817, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING: October 18, 2018 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/M. Verlinde
                                                  Case Manager

Dated: September 11, 2018