UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 18-20574

-vs-

Judge Avern Cohn

DENNIS DOWNEY,

        Defendant.

Before this Court is the United States Motion to Dismiss the Information in the above-entitled case for the reason the defendant was charged and pled guilty under an Indictment in case number 18-20649.

The Motion is **granted**.

IT IS SO ORDERED.

        s/ Avern Cohn
        UNITED STATES DISTRICT JUDGE

Dated: March 5, 2019